UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
ROD WEBBER,                                |
   Pro Se Plaintiff                       |
      v.                                   |     JUDGE WILLIAM
G. YOUNG
B.P.D./ THE CITY OF BOSTON                 |     CIVIL COMPLAINT
1:22-cv-11398-WGY
ET AL                                      |
                 Defendants     |
_____

## MEMO FOR MORE DEFINITIVE STATEMENT

## DISCUSSION

Attorney McAteer's has made a request for a More Definitive Statement in accordance with Fed. R. Civ. Pl 8(a) and 10. Plaintiff Webber made a request to Sarah McAteer on Jan 24th, 2023 to file an Amended Complaint as a more thorough alternative to her request for a More Definitive Statement. McAteer responded, "I am sorry to hear about your loss and assent to your motion." Accordingly, Plaintiff attempted to file an Amended Complaint, but the ECF (electronic filing) system would not allow it. Plaintiff has reached out to McAteer and the Court numerous times to try to remedy the situation, but at this time, Plaintiff has gotten no meaningful response. So, out of an abundance of caution, Plaintiff now submits a new More Definitive Statement as to conform with the brevity requirements stated in Fed. R. Civ. Pl 8(a).

PRO SE LITIGANT

 Rod Webber                         Date: Feb 16, 2023

Signed: Rod Webber

Box 365 Holbrook, MA 02343