UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 1:22-CV-11398-WGY

RODERICK WEBBER,
      Plaintiff
v.

BOSTON POLICE DEPARTMENT,
THE CITY OF BOSTON,
MAYOR MARTY WALSH,
OFFICER MICHAEL C. HARRINGTON,
OFFICER KENNETH FONG,
OFFICER RYAN DANIEL O'LEARY,
OFFICER JAMES WALSH,
OFFICER JOHN DANILECKI,
JOHN DOE 1,
JOHN DOE 2,
JOHN DOE 3,
JOHN DOE 4,
JANE DOE 1,
JUDGE RICHARD SINNOTT,
BOSTON MUNICIPAL COURT,
COMMONWEALTH OF
MASSACHUSETTS,
      Defendants

**DEFENDANT JOHN DANILECKI'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

    The Defendant, Police Captain John Danilecki ("Danilecki"), and hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss all of *pro se* Plaintiff, Roderick Webber's ("Plaintiff"), claims against him. As grounds for his motion, Danilecki states that: (1) Plaintiff's negligence tort claims against Danilecki are barred by M.G.L. c. 258 § 10; (2) Plaintiff fails to

1

plead sufficient facts sufficient to meet the *Twombly* pleading standard; and (3) Danilecki is entitled to qualified immunity. Further grounds in support of this motion are more fully set forth in the Defendant's *memorandum of law*.

|  |  |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
|  | DEFENDANT, JOHN DANILECKI |
| I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants. | By his attorney, |
|  | Adam N. Cederbaum, Corporation Counsel |
|  | /s/ Sarah J. McAteer<br>Sarah J. McAteer, BBO #706403<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635 – 4048<br>Sarah.McAteer@Boston.Gov |
| /s/ Sarah J. McAteer |  |
| Date: April 6, 2023 |  |