# I# 192069388 - Offense/Incident Report

| REPORTED ON DATE / TIME | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 | OCCURRED FROM DATE / TIME - OCCURRED TO DATE / TIME |
|---|---|---|
| Aug 31, 2019 17:21 | A1 | Aug 31, 2019 16:54 |

**REPORTING OFFICER**
MICHAEL HARRINGTON #009286

**REPORT TAKEN LOCATION**
CONGRESS ST, BOSTON, MA 02109

## NARRATIVE

Original Narrative:
Created: 08/31/2019 20:38:43 By: HARRINGTON, MICHAEL (009286)
On August 31, 2019 at 0700 hours I was assigned to Boston City Hall Plaza for the "Straight Pride Parade". At approximately 1650 hours after being redeployed with my squad to Congress Street and State Street the police encountered a group that had been moved from Congress Street behind City Hall, where they were blocking traffic. This group was now at State Street and Congress Street blocking traffic and several people with megaphones were agitating the crowd with speech.
At this point I had my squad on the sidewalk guiding the unruly crowd down the sidewalk away from the buildings. At this point I was approached by Captain Fong, who stated that the BPD Bicycle Unit was going to encircle the crowd and arrested them for being Disorderly Persons.
The Bicycle unit encircled the crowd and other officers moved in to make arrests, including me. As I entered the crowd I encountered Roderick Webber, who had a megaphone and had been inciting the crowd. He was in front of the crowd talking on the megaphone, he appeared to be a leader of the group. He started to run from me and I grabbed him by the back of the shirt and he tried to pull away. I then reached over his right shoulder with my right arm and pulled him back into me and turned him around. He continued to resist and I took him to the ground. While on the ground he continued to resisted by trying to stand up and then started to scream that he had hurt his leg. He was the placed under arrest and handcuffed by me. The suspect was helped up and was able to walk to and get into the back of the police transport wagon on his own power.
At the booking desk Webber was asked if he needed medical attention and declined.
He was then booked for Disorderly Person and Resisting Arrest.

Supplement :
Name(s):
RODERICK K WEBBER
Involvement: Arrested
DOB:
Phone(s):
Address 1:

**SUSPECT-1**

| SUSPECT-1 (PERSON) | | DOB / ESTIMATED AGE RANGE |
|---|---|---|
| S-1 Webber, Roderick K | | |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Not of Hispanic Origin | (Home) |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| MICHAEL HARRINGTON #009286   Aug 31, 2019 16:54 (e-signature) | MICHAEL HARRINGTON #009286   Aug 31, 2019 20:38 (e-signature) |
| PRINT NAME | PRINT NAME |
| MICHAEL HARRINGTON #009286 | MICHAEL HARRINGTON #009286 |

| HOME ADDRESS |
|---|
| 599 PLYMOUTH, HOLBROOK, MA 02343 |

## OFFENSE-1

| OFFENSE CODE |
|---|
| Migrated Report - Affray/Disturbing the Peace/Disorderly Conduct |

| OCCURRED FROM DATE/TIME |
|---|
| Aug 31, 2019 16:54 |

### OFFENSE LOCATION

| LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, SUITE / DESCRIPTION |
|---|
| CONGRESS ST |

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| BOSTON | MA | 02109 | US |

| DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 |
|---|
| A1 |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| MICHAEL HARRINGTON #009286   Aug 31, 2019 16:54 (e-signature) | MICHAEL HARRINGTON #009286   Aug 31, 2019 20:38 (e-signature) |
| PRINT NAME | PRINT NAME |
| MICHAEL HARRINGTON #009286 | MICHAEL HARRINGTON #009286 |