UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **RODERICK WEBBER** | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) 1:22-cv-11398-WGY |
| **BOSTON POLICE DEPARTMENT,** et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter my appearance as the attorney for Defendants Commonwealth of Massachusetts, Boston Municipal Court, and Judge Richard Sinnott.

COMMONWEALTH OF MASSACHUSETTS, BOSTON MUNICIPAL COURT, AND JUDGE RICHARD SINNOTT

By their attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

  /s/ Daniel G. Cromack
Daniel G. Cromack, BBO#652252
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA  02108
(617) 727-2200, Ext. 2573
daniel.cromack@state.ma.us

May 16, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to any non-registered participants on May 16, 2023.

      /s/ Daniel G. Cromack
      Daniel G. Cromack
      Assistant Attorney General