UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROD WEBBER                              |
   v.                                   |   JUDGE WILLIAM G. YOUNG
BPD/ THE CITY OF BOSTON, et al          |   CIVIL COMPLAINT 1:22-cv-11398-WGY
    Defendants                         |

## MOTION TO RECONSIDER

**ARGUMENT**

After carefully reading through all of my motions, I am sure that Judge Young will realize there is merit to my arguments. Neo-nazis are bad. Straight Pride is dumb, and police and judges can be sued. It's the law. I hope he reconsiders his decision.

Respectfully submitted,

Rod Webber, Dated: May 17, 2023