UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WEBBER
            Plaintiff

                                                                CIVIL ACTION

        V.

                                                                NO.   22-11398-WGY

BOSTON POLICE DEPT. et al
            Defendants

## ORDER OF DISMISSAL

YOUNG, DJ,

In accordance with the Court's allowance of the defendants' motions to dismiss on May 18, 2023, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

May 18, 2023                                /s/ Jennifer Gaudet
Date                                        Deputy Clerk